UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES W. CARSON, | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:17-cv-2840 |
| | : |
| WILLOW VALLEY COMMUNITIES and | : |
| WILLOW VALLEY LIVING, | : |
| Defendants. | : |

# O R D E R

**AND NOW**, this 7th day of February, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 5, is **GRANTED** as follows:

    a. Counts I through IV of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**; and

    b. Count V of Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's Motion to Amend Complaint, ECF No. 9, is **DENIED**.

3. Plaintiff's Motion for More Definite Statement, ECF No. 11, is **DENIED**.

4. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge