UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1554
_____

CHARLES W. CARSON,
                            Appellant

v.

WILLOW VALLEY COMMUNITIES;
WILLOW VALLEY LIVING
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 5-17-cv-02840)
District Judge: Honorable Joseph F. Leeson, Jr.
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 9, 2018

Before: GREENAWAY, BIBAS and ROTH, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on October 9, 2018. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered February 12, 2018, be and the same is hereby affirmed. Costs are taxed

against appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: October 9, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** 11/01/19

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**